**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**CASE MANAGEMENT MINUTES**</u>

| **Date:** June 2, 2026 | **Time:** 2:43 PM - 2:58 PM | **Judge: Kandis A. Westmore** |
|---|---|---|
| **Case No.:** 26-cv-01708-KAW | **Case Name:** Reyes v. Target Corporation | |

**For Plaintiff(s):** Yijing Sun
**For Defendant(s):** Daniela Archila

**Deputy Clerk:** Cindy C. Fan                    **Recorded via Zoom:** 15 minutes

**PROCEEDINGS**

Initial Case Management Conference held via Zoom.
Parties are still working on discovery and will continue to discuss ADR options. Court will confirm type of ADR and set an ADR completion deadline at the next case management conference.

**PRETRIAL SCHEDULE:**

Last day to amend pleadings: 12/31/2026

Fact Discovery cutoff**:** 6/18/2027

Expert disclosure: 3/19/2027

Expert rebuttal: 4/19/2027

Expert discovery cutoff**:** 6/18/2027

Dispositive Motions heard by**: 8/19/2027 @ 1:30p.m., Courtroom to be determined**

Meet and Confer: 10/5/2027

Joint Pretrial Statement; Motions in Limine: 10/12/2027

Oppositions to Motions in Limine: 10/22/2027

Joint Evidentiary Objections & Responses: 10/29/2027

Pretrial Conference: 11/17/2027 **at 2:00 p.m.  Courtroom to be determined.**

7- Day Jury Trial: 12/6/2027 **at 9:00 a.m., Courtroom to be determined.**

A further Case Management Conference is set for **9/15/2026 at 1:30 p.m. by Zoom Webinar.** An updated joint case management statement is due by **9/8/2026.**

Order to be prepared by the Court.